# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT L. ALLUM, | 3:10-cv-00700-LRH (WGC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | January 17, 2012 |
| STATE OF NEVADA, COUNTY OF WASHOE, MEALS-ON-WHEELS, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's Motion to Stay the Discovery Process pending resolution of plaintiff's "appeal" to the Ninth Circuit Court of Appeals (Doc. #56). Defendant Meals on Wheels has opposed plaintiff's motion (Doc. #58) and plaintiff has replied (Doc.#61).  In view of the Order of the United States Court of Appeal for the Ninth Circuit dismissing plaintiff's appeal for lack of jurisdiction (Doc. #66), plaintiff's Motion to Stay the Discovery Process (Doc. #56) is **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
         Deputy Clerk